IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES JEFFERSON MURRY,

    Plaintiff,

v.

DODGE CORRECTIONAL INSTITUTION
and NURSE BURLING,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-938-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff James Jefferson Murry's failure to state a claim upon which relief may be granted.

/s/                                      4/12/2018

Peter Oppeneer, Clerk of Court          Date